UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| EUGENE KLINE, ET AL., | CASE NO.   3:08 CV 0408 |
| Plaintiffs, | JUDGE WALTER HERBERT RICE |
| vs. | **STIPULATED DISMISSAL OF ALL CLAIMS BY PLAINTIFF EUGENE KLINE AGAINST DEFENDANT WMC MORTGAGE, LLC** |
| MORTGAGE ELECTRONIC SECURITY SYSTEMS, *ET AL.*, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Eugene Kline hereby dismisses with prejudice all of his claims asserted in this matter against Defendant WMC Mortgage, LLC ("WMC").  Because no other Plaintiff has asserted claims against WMC, WMC is hereby dismissed as a defendant in this matter.

Approved:

/s/ Paul Grobman (per telephone authority 6/29/10)
Paul Grobman, Esq. (*Pro Hac Vice*)
555 Fifth Avenue
17th Floor
New York, NY 10017
Telephone: (212) 983-5880
Facsimile: (212) 682-7060
Counsel for Plaintiffs

/s/ Michael R. Traven
Michael R. Traven (0081158)
Roetzel & Andress, LPA
PNC Plaza, Twelfth Floor
155 East Broad Street
Columbus, OH 43215
Telephone: (614) 463-9770
Facsimile: (614) 463-9792
mtraven@ralaw.com
Counsel for Defendant
WMC Mortgage, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2010, the foregoing Stipulated Dismissal of all Claims by Plaintiff Eugene Kline against Defendant WMC Mortgage, LLC, was filed electronically.  Notice of this filing was sent to counsel of record through the Court's electronic filing system and U.S. regular mail.  Access to this document also can be obtained through the Court's electronic system.

                                        */s/ Michael R. Traven*
                                        Michael R. Traven

1677953.116063.0007

i