

# LERNER SAMPSON & ROTHFUSS

A LEGAL PROFESSIONAL ASSOCIATION
P.O. Box 5480
Cincinnati, OH 45201-5480
Fax: (513) 241-4094
TAX ID# 31-0864957
Billing Inquiries: invoice@lsrlaw.com

| | |
|---|---|
| HomEq [001383] | Invoice Date: May 22, 2007 |
| NC 4743 | LSR No.: 200719323 |
| 701 Corporate Center Drive | Attorney: Nalepka, Paul |
| Raleigh, NC 27607 | Invoice No.: 082454 |

## Protective Answer Invoice

Re: Kline, Eugene D.
902 Ashcreek Drive, Centerville, OH 45458
Loan #: ▮▮▮▮▮▮▮
County: OHIO - Montgomery

**Attorney Fees:**

| | | |
|---|---|---:|
| 05/22/2007 | 05/21/2007\|Attorney Fees in connection with preparation and filing of Protective Answer, review of file, monitoring of Foreclosure Action, conferences with counsel, review of entries and reviews of pleadings | $350.00 |
| | **Total Attorney Fees:** | **$350.00** |

| | |
|---|---:|
| TOTAL BILLINGS: | $350.00 |
| LESS PAYMENTS APPLIED: | $0.00 |
| **TOTAL DUE THIS INVOICE:** | **$350.00** |

**Terms: DUE UPON RECEIPT**
**Payable To: "Lerner, Sampson & Rothfuss"**



EXHIBIT 11