

# LERNER SAMPSON & ROTHFUSS

A LEGAL PROFESSIONAL ASSOCIATION
P.O. Box 5480
Cincinnati, OH 45201-5480
Fax: (513) 241-4094
TAX ID# 31-0864957
Billing Inquiries: invoice@lsrlaw.com

| | |
|---|---|
| HomEq [001383]<br>NC 4743<br>701 Corporate Center Drive<br>Raleigh, NC 27607 | Invoice Date: May 22, 2007<br>LSR No.: 200719323<br>Attorney: Nalepka, Paul<br>Invoice No.: 082454 |

## Protective Answer Invoice

Re: Kline, Eugene D.
902 Ashcreek Drive, Centerville, OH 45458
Loan #: ▇▇▇▇▇▇▇
County: OHIO - Montgomery

**Attorney Fees:**

| | | |
|---|---|---|
| 05/22/2007 | 05/21/2007|Attorney Fees in connection with preparation and filing of Protective Answer, review of file, monitoring of Foreclosure Action, conferences with counsel, review of entries and reviews of pleadings | $350.00 |
| | **Total Attorney Fees:** | **$350.00** |

| | |
|---|---|
| TOTAL BILLINGS: | $350.00 |
| LESS PAYMENTS APPLIED: | $0.00 |
| **TOTAL DUE THIS INVOICE:** | **$350.00** |

**Terms: DUE UPON RECEIPT**
**Payable To: "Lerner, Sampson & Rothfuss"**



EXHIBIT 11