IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EUGENE KLINE, et al.,             :

    Plaintiffs,

v.                                :        Case No. 3:08cv408

MORTGAGE ELECTRONIC               :        JUDGE WALTER H. RICE
SECURITY SYSTEMS, et al.,

    Defendants.                   :

---

ORDER SUSTAINING THE MOTION FOR EXTENSION OF TIME AND
NEW TRIAL DATE (DOC. #322), AND ADOPTING THE NEW TRIAL
AND OTHER DATES IN THE PROPOSED ORDER STIPULATED TO BY
THE PARTIES; ORDER TO PLAINTIFF EUGENE KLINE TO FILE, WITHIN
TEN (10) CALENDAR DAYS FROM DATE, A RESPOSIVE
MEMORANDUM TO THE MOTION FOR JUDGMENT ON THE
PLEADINGS (DOC. #323) FILED BY DEFENDANT REIMER, LORBER &
ARNOVITZ CO., LPA

---

On February 18, 2014, Counsel for Plaintiff Eugene Kline electronically filed a letter stating that the parties had discussed and stipulated to new discovery dates, and submitted a Proposed Revised Scheduling Order memorializing those dates.  The letter has been docketed as a Motion for Extension of Time (Doc. #322), which the Court SUSTAINS, and the Proposed Revised Scheduling Order attached thereto is accordingly adopted by the Court.

The Court also notes that Plaintiff Eugene Kline did not timely file a Memorandum in Opposition to Defendant Reimer, Lorber and Arnovitz Co., LPA.'s Motion for Judgment on the Pleadings (Doc. #323), which was filed on February

21, 2014. Local Rule 7.2(a)(2) states that "[a]ny memorandum in opposition shall be served within twenty-one (21) days from the date of service set forth in the certificate of service attached to the Motion." With the assumption that Plaintiff's delay is attributable to the brief mediation period that occurred between March 7, 2014, and March 18, 2014, the Court ORDERS Plaintiff to file a responsive memorandum to said motion within ten (10) calendar days.

Date:  March 28, 2014

WALTER H. RICE
UNITED STATES DISTRICT JUDGE