IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EUGENE KLINE, et al., :

    Plaintiffs,

v. :   Case No. 3:08cv408

MORTGAGE ELECTRONIC   JUDGE WALTER H. RICE
SECURITY SYSTEMS, et al.,
: 
    Defendants.

---

ENTRY SUSTAINING THE PARTIES' JOINT MOTION FOR 30-DAY
STAY OF ALL PROCEEDINGS FOR FINAL ATTEMPT AT MEDIATION
AND SETTLEMENT (DOC. #420); ORDER TO THE PARTIES

---

The parties have jointly filed a motion requesting a 30-day stay of proceedings and a request "to extend all intermediate deadlines in the current Scheduling Order for a period of 30 days from Friday, March 27, 2015," so that they may pursue "one final attempt at mediation" and resolution of this case. Doc. #420. The Court welcomes the parties' attempt, and, accordingly, the motion is SUSTAINED.

Defendants filed Motions for Summary Judgment on March 27, 2015, the same date that the parties request the stay to commence. Doc. #414, #416, #417, #418, and #420. Thus, the stay tolls the calculation period of deadlines to file Response Memoranda and Reply Briefs addressing said motions. If the parties do not resolve this litigation through the mediation, the 30-day stay will expire

Sunday, April 26, 2015, and the twenty-one day period for filing Response Memoranda will commence the next day, Monday, April 27, 2015.

The parties are ORDERED to file a report, as soon as the mediation has concluded or before the expiration of the 30-day stay, advising the Court of the outcome of the mediation. In the meantime, at the request of the parties, the Court is available to conduct a status conference to discuss any issues that may arise.

Date: March 31, 2014

                                   WALTER H. RICE
                                   UNITED STATES DISTRICT JUDGE