# Exhibit B

-----Original Message-----
From: Russell J. Pope <rjpope@tph-law.com>
To: Paul Grobman <grobtown@aol.com>; Douglas B. Riley <dbriley@tph-law.com>
Cc: LBROWN <LBROWN@gallaghersharp.com>; rdd <rdd@lsrlaw.com>; Cynthia.Fischer <Cynthia.Fischer@lsrlaw.com>
Sent: Fri, Jun 19, 2015 2:11 pm
Subject: RE: Kline

Dear Paul:

Attached are excerpted pages from the two attachments referenced in the Trustee Certification dated December 31, 2004 (Bates WFB0484-0485). There were over 10,000 loans in this Trust and creating these excerpts that display all references to the Kline loans was preferable to redacting hundreds of pages from the original spreadsheets. In the second file, you will need to print all three legal-sized pages and then lay them side by side to see how they are displayed in the original spreadsheet. Putting all the data on one page rendered the size of the type virtually illegible.

With regard to the five reasons Mr. Gorrien described for which a release of custodial records could be requested, I refer you to Exhibit I to the PSA, which was previously produced, at Bates page WFB0424.

I did not note any further document requests from you in regard to the other two deponents.

Turning now to your delinquent responses to our discovery requests, I ask again that you provide: (1) the original second mortgage instrument (that was returned to Mr. Kline), which has been the subject of repeated requests over the past several months; and (2) the response you previously represented would be provided to me not later than June 8, setting forth the categories of damages, the itemized amount of damages in each category, and your documentary support for all damages. These requests pertain to both Kline individually as well as to the putative class.

You asked that I inform you of any intention to actually file the motion to compel discovery that was disclosed to you in prior email and telephone exchanges. In reply, I am giving you notice that I will file the motion before the status conference on Monday if I do not receive full and satisfactory disclosure of all requested information on damages before 9:00 am on Monday.

Finally, with the exception of 11:30 – 1:30, I am free on Monday for a call to discuss scheduling.

Russ


Russell J. Pope
**Treanor Pope & Hughes, P.A.**
500 York Road
Towson, Maryland 21204
(410) 494-7777 | (410) 494-1658 (fax)
www.tph-law.com

*Confidentiality Notice:* This email, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use or distribution of this email is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this email immediately. Nothing contained in the body and/or header of this email is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this email or its attachment(s), except where such intent is expressly indicated.

**From:** Paul Grobman [mailto:grobtown@aol.com]
**Sent:** Thursday, June 18, 2015 4:51 PM
**To:** Douglas B. Riley; Russell J. Pope
**Cc:** LBROWN@gallaghersharp.com; rdd@lsrlaw.com; Cynthia.Fischer@lsrlaw.com
**Subject:** Kline

Dear Russ and Doug,

Can you please advise me as to the status of the additional documents requested by plaintiff based on information disclosed by Mr. Gorrien and the other witnesses during last week's depositions.

Sincerely,

Paul

mlmi 2004-wmc5 final cert ex report 12-31-04

| Collateral ID | Borrower Name | Pool ID | Group | Alternate Loan | Doctype | Exception | Exception Descr Notation | Loan Amount | Gateway | Address | City | State | Zip | Trust Number | Business Days Open Date | Collateral Stage | UDF Char1 | UDF Char2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10995426 | KLINE EUGENE | 2004WMC5 | WMCM040706 | 322106670 | SECI | 02 | Document is Copy, Need Original | 160,000.00 | | 902 ASHCREEK I CENTERVILLE | | OH | 45458 | WMCM2004-35p1 | 114 | 07/19/2004 CR | | |
| 10995426 | KLINE EUGENE | 2004WMC5 | WMCM040706 | | TPOL | 300 | Evidence of title received, need title pol | 160,000.00 | | 902 ASHCREEK I CENTERVILLE | | OH | 45458 | WMCM2004-35p1 | 114 | 07/19/2004 CR | | |
| 10995427 | KLINE EUGENE | 2004WMC5 | WMCM040706 | 322106680 | SECI | 02 | Document is Copy, Need Original | 30,000.00 | | 902 ASHCREEK I CENTERVILLE | | OH | 45458 | WMCM2004-35p1 | 114 | 07/19/2004 CR | | |
| 10995427 | KLINE EUGENE | 2004WMC5 | WMCM040706 | | TPOL | 300 | Evidence of title received, need title pol | 30,000.00 | | 902 ASHCREEK I CENTERVILLE | | OH | 45458 | WMCM2004-35p1 | 114 | 07/19/2004 CR | | |

WFB 0486

mlmi 2004-wmc5 final cert loan detail 12-31-04

| Collateral ID | Pool | Borrower Name | Address | City | State | Zip | Loan Amount | PI | Rate | Closedate | Firstdue | Maturity | Casenum | Group |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10995426 | 2004WMC5 | KLINE EUGENI | 902 ASHCREEK | CENTERVILLE | OH | 45458 | 160,000.00 | 1,010.26 | 6.490 | 06/18/2004 | 08/01/2004 | 07/01/2034 | | WMCM040706 |
| 10995427 | 2004WMC5 | KLINE EUGENI | 902 ASHCREEK | CENTERVILLE | OH | 45458 | 30,000.00 | 328.93 | 12.875 | 06/18/2004 | 08/01/2004 | 07/01/2019 | | WMCM040706 |

WFB 0487

mlmi 2004-wmc5 final cert loan detail 12-31-04

| Trust Number | Exist Status Code | Active | Alternate ID | Investor ID | Armadi | Armconv | Armround | Armmargin | Armfloor | Armindex rate | Armcap | Lifecap | UPB | MOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WMCM2004-35p1 | OH | A | 322104670 | 10995426 | 07/01/2006 | 0 | 5.125 | | 7.990 | 1.000 | 12.990 | | N | |
| WMCM2004-35p1 | OH | A | 322104688 | 10995427 | | 0 | | | | | | | N | |

WFB 0488

mlmi 2004-wmc5 final cert loan detail 12-31-04

| Mersmin Ctrlnum | Stage | UDF_Char1 | UDF_Char2 |
|---|---|---|---|
| 4-WMC5 | CR | | |
| 4-WMC5 | CR | | |

WFB 0489