**UNITED STATES DISCTRIC COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| EUGENE KLINE, on behalf of themselves and all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, et. al.<br><br><br>　　　　Defendants. | Case No.  08cv408<br><br><br>The Honorable Walter Rice<br><br>**MOTION FOR RELIEF FROM JUDGMENT UNDER RULE** 60 |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and exhibits, Plaintiffs by their undersigned counsel, hereby move this Court on a date and time to be set by the Court, for an Order pursuant to Rule 60 of the Federal Rules of Civil Procedure granting Plaintiff relief from (i) the Order dated December 23, 2015 granting summary judgment to Defendants; (ii) the Order dated December 23, 2015 denying Plaintiff's Motion to Amend the Complaint; and (iii) the Order dated September 25, 2015 striking the class allegations from the Complaint.

　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　 /s/ Paul Grobman
　　　　　　　　　　　　　　　　　Paul Grobman (Pro Hac Vice)
　　　　　　　　　　　　　　　　　555 Fifth Avenue, 17th floor
　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　T. 212-983-5880
　　　　　　　　　　　　　　　　　F. 212-682-7060

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

January 28, 2016